<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1365**

JONATHAN BOONE,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:05-cv-01914-DCN)

Submitted: October 4, 2006      Decided: October 18, 2006

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Boone, Appellant Pro Se. Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina; Pamela M. Wood, Assistant Regional Counsel, Denver, Colorado, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Boone appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Boone's complaint requesting review of the Commissioner of Social Security's decision that he was not disabled for failure to prosecute. A plaintiff's failure to prosecute or to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). This court reviews a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED